UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO: 2:17-CR-16-D-1

| UNITED STATES OF AMERICA | ORDER TO CONTINUE ARRAIGNMENT AND TO CONTINUE THE DETENTION HEARING |
|---|---|
| v. | |
| WILLIAM EDWARD WHITE | |

The motion to continue arraignment and trial is GRANTED. Arraignment will be set for

__April_____, 2018.

The detention hearing will be reset for the same time as the arraignment.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. Section 3161(h)(8)(A).

SO ORDERED.

This __26__ day of February, 2018.

_____
JAMES C. DEVER III
Chief United States District Court Judge