FILED IN OPEN COURT
ON _8/9/2018_ CB

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:17-CR-16-D

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM EDWARD WHITE | : | |

## ORDER OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, pursuant to 18 U.S.C. § 981, as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendant pled guilty to Counts One and Two of the Criminal Indictment, that is, to offenses in violation of 18 U.S.C. § 1951 (Robbery) and 18 U.S.C. § 924(c)(1)(A)(ii) (Firearm violation), and agreed to forfeit the property listed in the Criminal Indictment, that is, an amount of $45,000.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in $45,000.00, pursuant to 18 U.S.C. § 981;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1

1. That based upon the defendant's guilty plea and agreement, the above-listed $45,000.00 is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This __9__ day of __August__, 2018.


_____
JAMES C. DEVER, III
Chief United States District Judge