UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:17-CR-0016-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| WILLIAM EDWARD WHITE | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

Pursuant to the Defendant's plea agreement, the Defendant agreed to make restitution in the amount of $45,500 to Friendly Check Cashing. The parties have determined that a portion of that sum, $25,500, was compensated by Willis of New York. In addition, the parties recently determined that Travelers Property Casualty Company of America has sustained compensable losses of $2,114.93, which the Defendant agrees to compensate through restitution pursuant to 18 U.S.C. § 3663A(b)(2) and 18 U.S.C. § 3664(j)(1).

Pursuant to 18 U.S.C. §§ 3663A and 3664, Defendant and the United States have agreed and stipulated that Defendant owes $20,000 to Mid-State Ventures, LLC, doing business as Friendly Check Cashing; $25,500 to Willis of New York; and $2,114.93 to Travelers Property Casualty Company of America. Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the Court's judgment is a minimum payment plan

and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $20,000 to Mid-State Ventures, LLC, doing business as Friendly Check Cashing; $25,500 to Willis of New York; and $2,114.93 to Travelers Property Casualty Company of America, in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this __17__ day of August, 2018.

JAMES C. DEVER, III
Chief United States District Judge

AGREED AND CONSENTED TO BY:

KATHERINE F. SHEA
Counsel for Defendant

8/17/2018
Date

ROBERT J. HIGDON, JR.
United States Attorney

JAKE D. PUGH
Assistant United States Attorney

8/17/2018
Date

2